O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA18-0095M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| SDEY CHIM | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)    (X)    the appearance of defendant as required; and/or

    (B)    (X)    the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

Defendant cannot establish by clear and convincing evidence that he will not pose a danger to any other person or to the community.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant cannot establish by clear and convincing evidence that he will not flee.

IT IS ORDERED that defendant be detained.

DATED: March 9, 2018

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2